United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 8, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30485
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MOTILALL SUDEEN, also known as Moti Sudeen,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(2:02-CR-62-1)
---------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

     Defendant-Appellant Motilall Sudeen appeals his 120-month term of imprisonment that was imposed following his convictions for conspiracy to commit offenses against the United States, wire fraud, travel fraud, and money laundering.  Sudeen contends that the district court reversibly erred by imposing a guidelines sentence without independently determining that the sentencing range was reasonable and without considering all of the sentencing factors listed in 18 U.S.C. § 3553(a).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The record reflects that the district court implicitly considered the statutory sentencing factors. <u>See</u> <u>United States v. Mares</u>, 402 F.3d 511, 519 (5th Cir. 2005); <u>United States v. Smith</u>, 440 F.3d 704, 707 (5th Cir. 2006). Sudeen has not shown that the sentence was unreasonable or that we should not defer to the district court's determinations at sentencing. <u>See</u> <u>Mares</u>, 402 F.3d at 519.

AFFIRMED.